*Pro Se 2 2016*

PKC #: GEA 106387   1/31/2022 fee pd/summons issued

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

**22-CV-00101 JRC**

SAMUEL F. BULL,

In Pro Se,

_____,

Plaintiff(s),

v.

THE UNITED STATES OF AMERICA,

PRESIDENT JOE BIDEN, JR. and,

US ATTY. GEN. MERRICK GARLAND,

Defendant(s).

CASE NO. _____
[to be filled in by Clerk's Office]

**COMPLAINT AND REQUEST FOR INJUNCTION**

___ FILED     ___ ENTERED
___ LODGED    ___ RECEIVED

JAN 31 2022   CA

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## I.   THE PARTIES TO THIS COMPLAINT

A.   Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Samuel F. Bull, |
| Street Address | 618 W. Hazel |
| City and County | Mount Vernon, Skagit County |
| State and Zip Code | Washington, 98273 |
| Telephone Number | 360-540-0996 |

COMPLAINT AND REQUEST FOR INJUNCTION - 1

Pro Se 2 2016

B. The Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | The United States of America |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 2

| | |
|---|---|
| Name | President Joseph R. Biden, Jr. |
| Job or Title (if known) | President of the United States of America |
| Street Address | 1600 Pennsylvania Ave. NW |
| City and County | Washington |
| State and Zip Code | District of Columbia, 20500 |
| Telephone Number | 202-456-1414 |

Defendant No. 3

| | |
|---|---|
| Name | Merrick Garland |
| Job or Title (if known) | Attorney General for the United States of America |
| Street Address | 950 Pennsylvania Ave. NW |
| City and County | Washington |
| State and Zip Code | District of Columbia, 20530-0001 |
| Telephone Number | 202-514-8339 |

COMPLAINT AND REQUEST FOR INJUNCTION - 2

Pro Se 2 2016

Defendant No. 4

    Name _____

    Job or Title *(if known)* _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

## II.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☑ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The First Amendment to the United States Constitution

_____

_____

COMPLAINT AND REQUEST FOR INJUNCTION - 3

B.  If the Basis for Jurisdiction Is Diversity of Citizenship

    1.  The Plaintiff(s)

        a.  If the plaintiff is an individual.

The plaintiff (*name*) _____, is a citizen of the State of (*name*) _____.

        b.  If the plaintiff is a corporation.

The plaintiff, (*name*) _____, is incorporated under the laws of the State of (*name*) _____, is incorporated under the laws of the State of (*name*) _____, and has its principal place of business in the State of (*name*) _____.

(*If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.*)

    2.  The Defendant(s)

        a.  If the defendant is an individual.

The defendant, (*name*) _____, is a citizen of the State of (*name*) _____. Or is a citizen of (*foreign nation*) _____.

        b.  If the defendant is a corporation.

The defendant, (*name*) _____, is incorporated under the laws of the State of (*name*) _____, and has its principal place of business in the State of (*name*) _____.

Or is incorporated under the laws of (*foreign nation*) _____, and has its principal place of business in (*name*) _____.

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

COMPLAINT AND REQUEST FOR INJUNCTION - 4

### III. THE AMOUNT IN CONTROVERSY

The amount in controversy – the amount the plaintiff claims the defendant owes or the amount at stake – is more than $75,000, not counting interest and costs of court, because *(explain)*:

No specific amount is in controversy because the harm is not essentially financial, rather it is to the essential political rights guaranteed to all citizens of the United States of America.

### IV. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

A. Where did the events giving rise to your claim(s) occur?

Belmarsh Prison, United Kingdom; Washington, D.C;

Delaware; Iraq; Sweden; and other unknown locations

B. What date and approximate time did the events giving rise to your claim(s) occur?

April 11, 2019; May 22 or 23, 2019; ongoing since those dates

C. What are the facts underlying your claim(s)? *(For example: what happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The defendants have orchestrated the detention of Julian Assange on the basis of spurious charges that were unsealed on the dates specified above. They have ensured he remains

Pro Se 2 2016

detained, in dire health and unable to perform his work as a journalist now and in the future.

## V. IRREPARABLE INJURY

*Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.*

Mr. Assange is a journalist performing a rare and critical function, reporting information about our govt's

activities that it desperately wants to conceal. No one else plays so important a role in informing our

citizenry on these issues, and we cannot control our government without the information he provides.

## VI. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

Order that the president and the attorney general cease their efforts to keep

Julian Assange detained by the government of the U.K., unable to perform

his critical role in informing U.S. citizens of the actions of their own gov't.

## VII. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

COMPLAINT AND REQUEST FOR INJUNCTION - 6

Pro Se 2 2016

1   I agree to provide the Clerk's Office with any changes to my address where case-related

2   papers may be served. I understand that my failure to keep a current address on file with the

3   Clerk's Office may result in the dismissal of my case.

4   Date of signing:          _____

5   Signature of Plaintiff    _____

6   Printed Name of Plaintiff _____

7

8   Date of signing:          _____

9   Signature of Plaintiff    _____

10  Printed Name of Plaintiff _____

11

12  Date of signing:          31 JAN 2022

13  Signature of Plaintiff    *Samuel F Bull* (signature)

14  Printed Name of Plaintiff Samuel F Bull

COMPLAINT AND REQUEST FOR INJUNCTION - 7