UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAMUEL F. BULL,

                Plaintiff,

    v.

UNITED STATES OF AMERICA, *et al.*,

                Defendants.

CASE NO. 2:22-cv-00101-JCC-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the report and recommendation of Chief Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the report and recommendation.

(2) Plaintiff's complaint (Dkt. 1) is dismissed without prejudice and without leave to amend. The Case should be closed.

(3) The Clerk is directed to send copies of this order to plaintiff and to the Hon. J. Richard Creatura.

**DATED** this ____ day of enter a date.

                                            _____
                                            John C. Coughenour
                                            United States District Judge