# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAMUEL F. BULL,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:22-cv-00101-JCC-JRC |

\_\_\_　　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx　　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

　　THE COURT HAS ORDERED THAT plaintiff's complaint be dismissed without prejudice and without leave to amend. The case should be closed.

　　Dated [Pick the date]

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/[Author]
　　　　　　　　　　　　　　　　　　Deputy Clerk