THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMUEL F. BULL,<br><br>                    Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>                    Defendants. | CASE NO. C22-0101-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's objections (Dkt. No. 4) to the report and recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. (Dkt. No. 3.) Having thoroughly considered Plaintiff's objections and the relevant record, the Court hereby ADOPTS the R&R and OVERRULES the objections.

Plaintiff alleges First Amendment violations based on Julian Assange's detention. (Dkt. No. 1 at 5.) The R&R recommends the Court *sua sponte* dismiss Plaintiff's complaint and not grant leave to amend because Plaintiff lacks standing to pursue his claims and this deficiency cannot be cured through amendment. (Dkt. No. 3 at 2–3.) Plaintiff asserts this was error. (Dkt. No. 4 at 1–3.)

A district court must conduct a *de novo* review of those portions of a magistrate judge's R&R to which a party properly objects. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A party

1  properly objects when he or she files "specific written objections" to the R&R as required under
2  Federal Rule of Civil Procedure 72(b)(2).
3       The Court has carefully reviewed Plaintiff's objections, which are legally baseless. In
4  each instance, either the facts in those cases are distinguishable to this case or the legal
5  conclusions do not stand for the propositions Plaintiff makes. (*See* Dkt. No. 4 at 1–3.) Nor are his
6  legal contentions otherwise supportable. (*Id.*) He fails to establish error in the R&R.
7       For the foregoing reasons, the Court hereby ORDERS that:
8       (1)   The R&R (Dkt. No. 3) is ADOPTED;
9       (2)   Plaintiff's objections (Dkt. No. 4) are OVERRULED;
10      (3)   Plaintiff's complaint is DISMISSED without prejudice and without leave to
11  amend; and
12      (4)   The Clerk is DIRECTED to send a copy of this order to Plaintiff and to Judge
13  Creatura.
14      DATED this 18th day of March 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE